UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SCOTT TURNER,<br>          Plaintiff, | §<br>§<br>§ | |
| v. | § | NO. 3:20-cv-1732-B (BT) |
| | § | |
| CALVIN CLAYTON,<br>          Defendant. | §<br>§<br>§ | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated August 31, 2020, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED this 1st day of September, 2020.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE